UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE OF STATE OF MICHIGAN,

    Plaintiff,

                                                      Case No. 10-13629
v.                                                 Hon. Lawrence P. Zatkoff

ANDRE D. WEST,

    Defendant/Counter-Claimant,

v.

PEOPLE OF STATE OF MICHIGAN,
and JOHN DOE, unknown Actors of 46 Judicial
District, Agent/Officer A, B, and Lt. C of
the City of Southfield

    Counter-Defendants.
_____/

## **JUDGMENT**

    IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated October 21, 2010, Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

    Dated at Port Huron, Michigan, this 21st day of October, 2010.

                                                     DAVID J. WEAVER
                                                     CLERK OF THE COURT

                                      BY:    S/Marie E. Verlinde
                                                       Marie E. Verlinde, Case Manager

APPROVED:
s/Lawrence P. Zatkoff
UNITED STATES DISTRICT JUDGE